■ BARRY H. SCHWIBNER et al., Appellants, v IRVING SIEGEL et al., Respondents.—Appeal by the plaintiffs from a judgment of the Supreme Court, Suffolk County, entered December 12, 1986.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Baisley in the Supreme Court, Suffolk County. Lawrence, J. P., Eiber, Spatt and Sullivan, JJ., concur.

■ ANTHONY SERAFINO, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF BROOKHAVEN, Respondent.—Appeal from a judgment of the Supreme Court, Suffolk County, dated December 22, 1986.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Abrams at Special Term. Lawrence, J. P., Eiber, Spatt and Sullivan, JJ., concur.